```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
YAC,                                                            :
                                                                :
                            Plaintiff,                          :
                                                                :              21-cv-7174 (LJL)
        -v-                                                     :
                                                                :              ORDER
TRANSUNION LLC and                                              :
CAPITAL ONE BANK, N.A.,                                         :
                                                                :
                            Defendants.                         :
                                                                X
---------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2021

LEWIS J. LIMAN, United States District Judge:

The Court has received proposed notices of voluntary dismissal as to Defendant Capital One Bank, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. No. 14. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Capital One Bank, N.A. with prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendant Capital One Bank, N.A.

SO ORDERED.

Dated: October 8, 2021                          _____
       New York, New York                              LEWIS J. LIMAN
                                                       United States District Judge